UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
No. 15-CIV-60027-MORENO

PATRICIA KENNEDY and
ROBERT COHEN,

    *Plaintiffs*,

vs.

STIRLING PLACE, INC.,

    *Defendant*.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

This is an action for violations of the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq by Plaintiffs Patricia Kennedy and Robert Cohen. The Plaintiffs allege that they cannot enjoy Defendant Stirling Place, Inc.'s premises because it is not wheelchair accessible. Stirling Place moves to dismiss their complaint on jurisdictional grounds. In particular, Stirling Place believes that the Plaintiffs have not established an injury in fact based on the Plaintiffs' proximity to the premises and their inadequate use of the premises in the past.

In reviewing Stirling Place's motion to dismiss, the Court liberally construes the allegations made in the complaint and draws all reasonable inferences from those allegations. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Accepting the Plaintiffs' allegations as true, the Court finds that the Plaintiffs have established standing and stated a claim for relief under the Americans with Disabilities Act.

The Plaintiffs allege that they are residents of the same county as Stirling Place's premises. This residence places the Plaintiffs well within the boundary of the proximity test adopted by the Eleventh Circuit. *See Houston v. Marod Supermarkets, Inc.*, 733 F.3d 1323, 1340

-2-

(11th Cir. 2013) ("The [defendant premises] is neither in Egypt nor in war-torn Sri Lanka. It is located in Miami–Dade County, which is next to Broward County where [the plaintiff] resides."). The Plaintiffs further allege that they visited Stirling Place's premises in the past, and that they plan to return to the premises in the near future. D.E. 1 at 11. The Eleventh Circuit has held that a plaintiff may support her claim by alleging the intent to enter an inaccessible premise "in the near future." *Stevens v. Premier Cruises, Inc.*, 215 F.3d 1237, 1239 (11th Cir. 2000). Coupled with the Plaintiffs' status as individuals with disabilities and their detailed description of the numerous Americans with Disabilities Act violations on the Defendants' premises, the Plaintiffs have stated a claim for relief. Accordingly, Stirling Place's motion to dismiss is denied.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of August, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record